# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO

| | |
|---|---|
| CAMP DRUG STORE, INC., an Illinois Corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) Case No. 19-cv-1009-JKP |
| Plaintiff, | ) CLASS ACTION |
| v. | ) Honorable Jason K. Pulliam |
| REAL VALUE PRODUCTS CORP., | ) Magistrate Judge Richard B. Farrer |
| Defendant. | ) |

  Camp Drug Store, Inc. and Defendant Real Value Products Corp., by and through their undersigned counsel, hereby stipulate to the dismissal of the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Plaintiff's claims are stipulated to be dismissed with prejudice with each party to bear its own fees and costs.

Date: April 23, 2021

Respectfully submitted,

| | |
|---|---|
| /s/ Tod A. Lewis<br>Tod A. Lewis (Tx #24091999)<br>Tod Lewis Law, PLLC<br>8308 Canola Bend<br>Austin, TX 78729-6464<br>512-739-0390 (cell)<br>1-737-205-1291 (facsimile)<br>Tod@texasfaircredit.com<br><br>*Counsel for Plaintiff*<br>*Camp Drug Store, Inc.* | /s/ David G. Henry, Sr.<br>David G. Henry, Sr.<br>(Tx #09479355)<br>DHenry@GrayReed.com<br>Eric S. Tautfest<br>(Tx #24028534)<br>etautfest@grayreed.com<br>GRAY REED & MCGRAW LLP<br>1300 Post Oak Blvd.,<br>Suite 2000<br>Houston, TX 77056<br>Telephone: 713-986-7000<br>Facsimile: 713-986-7100<br><br>*Counsel for Defendant*<br>*Real Value Products Corp. d/b/a*<br>*Hospital Pharmaceutical*<br>*Consulting* |